**Order entered March 11, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00266-CV

## IN RE ROBERT BOMKAMP, Relator

**Original Proceeding from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-17895**

## ORDER

Before the Court is relator's February 26, 2020 petition for writ of mandamus. We request that the real party in interest and respondent file their responses, if any, to the petition for writ of mandamus on or before March 23, 2020.

The Court **DIRECTS** the Clerk to send copies of this order, by electronic transmission, to the Honorable Tammy Kemp, Presiding Judge, 204th Judicial District Court; and the Dallas County District Attorney.

We **DIRECT** the Clerk of the Court to mail a copy of this order, by first class mail, to Robert Bomkamp, TDCJ # 02124798, Pack Unit, 2400 Wallace Pack Road, Navasota, Texas 77868.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE